UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE APPLICATION )
OF JASON LEOPOLD TO UNSEAL )
CERTAIN ELECTRONIC SURVEILLANCE ) Misc Action No. _____
APPLICATIONS AND ORDERS )
 )

## **ORDER**

On consideration of the Petition of Jason Leopold it is hereby

ORDERED that the Petition is GRANTED; and it is further

ORDERED that for each application, supporting affidavit, or court order regarding pen registers, trap and trace devices, tracking devices, cell site location, stored email, telephone logs, and customer account records from electronic service providers, the government shall, within 30 days, certify that the investigation is still active or show the existence of exceptional circumstances, e.g., danger to the life or physical safety of an individual; and it is further

ORDERED that the Clerk is directed to immediately unseal any records for which the government does not make such a certification of showing within 30 days; and it is further

ORDERED that all nondisclosure and notice preclusion orders issued pursuant to the Stored Communications Act or the Pen Register statute will be vacated in 30 days unless the government certifies that the investigation is still active or shows the existence of exceptional circumstances, e.g., danger to the life or physical safety of an individual; and it is further

ORDERED that the Court adopts the following policy:

1. All sealing and nondisclosure orders presumptively expired after 180 days;

2

2. An extension of an additional 180 days may be granted if the government certifies that the investigation is still active or shows the existence of exceptional circumstances, e.g., danger to the life or physical safety of an individual;

3. For purposes of certification, a currently inactive or dormant investigation does not qualify for an extension based on the mere possibility of reactivation at a later date;

4. Additional extensions require a correspondingly greater specificity in the certification for each such extension.

SO ORDERED this _____ day of _____, 20___.

_____