UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
IN THE MATTER OF THE                )
APPLICATION OF JASON LEOPOLD        )
TO UNSEAL CERTAIN ELECTRONIC        )   Misc. Action No. 13-712 (RWR)
SURVEILLANCE APPLICATIONS AND       )
ORDERS                              )
_____ )

### ORDER

Plaintiff has filed a petition to unseal certain records related to electronic surveillance devices and stored communications. Accordingly, it is hereby

ORDERED that the government shall have 30 days from the date of the issuance of this order to file an opposition, if any. The Clerk is directed to serve a copy of this Order on the Chief of the Special Proceedings Division of the United States Attorney's Office.

SIGNED this 23rd day of August, 2013.

```
             _____/s/_____
             RICHARD W. ROBERTS
             Chief Judge
```