UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Application ) | |
| Of Jason Leopold to Unseal ) | Case No. 1:13-mc-00712 |
| Certain Electronic Surveillance ) | |
| Applications and Orders ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby moves this Honorable Court for an enlargement of time to respond to the Petition to Unseal Records filed on July 16, 2013. As grounds therefore, the United States avers:

1. On or about July 16, 2013, petitioner filed the Petition to Unseal Records in this Court. A service copy was sent via U.S. mail to the "United States Attorney's Office," with no particular individual within the office identified as the intended recipient.

2. The petition appears to have been routed initially to the Department of Justice, where it was opened on or about July 23, 2013, and then re-routed to the United States Attorney's Office, where it was received on or about July 25, 2013 (Exhibit 1). Thereafter, the document was sent through various channels within the office until it eventually was forwarded to the undersigned on or about October 8, 2013.

3. Upon receiving the service copy of the Petition, the undersigned checked the court's docket and discovered that on August 23, 2013, this Court had issued an order directing the "Chief of the Special Proceedings Division of the United States Attorney's Office" to respond to the Petition to Unseal Records within 30 days (Exhibit 2). That order was docketed on August 26, 2013 (Exhibit 3). However, there is no indication that a copy of the court's order was ever served, electronically or by the United States Postal Service, upon the United States

Attorney's Office.

4. The undersigned also checked with the administrative staff within the Special Proceedings Division, and there was no indication in the internal records of the division that an order had ever been received.

5. On October 11, 2013, the undersigned contacted Jeffrey Light, Esq., counsel for petitioner, and requested his consent to the filing of the instant motion for an enlargement of time. Mr. Light has indicated that he does not oppose this request for an enlargement of time to and including November 8, 2013, for the government to prepare and file its response to the petition.

6. The amount of time requested is reasonable in light of the nature of the Petition to Unseal Records, and will not prejudice the defendant unduly.

7. A proposed order is attached.

## CONCLUSION

**WHEREFORE**, the government respectfully requests that it be allowed to file its Response to the Petition to Unseal Records on or before November 8, 2013. A proposed order is attached.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney


_____/S/_____
LESLIE ANN GERARDO
D.C. Bar No. 419823
United States Attorney's Office
Special Proceedings Division
555 Fourth Street, NW
Washington, D.C. 20530
202-252-7578

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I caused a copy of the foregoing to be served by electronic means on counsel for the defendant, Jeffrey Light, on this 11th day of October, 2013.

                                                       _____/S/_____
                                                       LESLIE ANN GERARDO
                                                       Assistant United States Attorney