UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION )<br>OF JASON LEOPOLD TO UNSEAL )<br>CERTAIN ELECTRONIC SURVEILLANCE )<br>APPLICATIONS AND ORDERS )<br>_____ ) | Misc Action No.  1:13-mc-712 (BAH) |

## MOTION FOR STATUS HEARING

Petitioner Jason Leopold brought this suit in July 2013 seeking to unseal applications and order relating to pen registers and other electronic surveillance. The case was assigned to then-Chief Judge Roberts, who ordered the non-party United States to file with the court any opposition it may have to the Petition. [ECF: dkt 2.] The United States responded on December 20, 2013, voicing concerns about the broad nature of the relief sought by Petitioner, but agreeing that "with petitioner's basic premise that applications and orders relating to electronic surveillance methods need not necessarily be permanently sealed." [ECF: dkt 2 at 2.] The United States further observed that "the Court has discretion to terminate a sealing order, and with that discretion comes the concomitant responsibility to exercise that discretion by determining when termination of a sealing order is appropriate." [ECF: dkt 2 at 2 n.2.]

Shortly after the United States filed its response, Petition moved to have the case referred to a special master and suggested that Hon. Royce Lamberth would be an appropriate special master due to his ongoing work for this court of a related matter – ensuring the public availability of executed search warrants.

Since December 2013 when Petitioner filed his Motion to Refer, there has been no further activity in this case. Petitioner therefore respectfully requests that this Court, at

its convenience, schedule a Status Hearing to discuss a plan for moving this matter forward. A proposed order is attached.

                                          Respectfully Submitted,

                                          /s/ Jeffrey L. Light_____
                                          Jeffrey L. Light
                                          D.C. Bar #485360
                                          1712 Eye St., NW
                                          Suite 915
                                          Washington, DC 20006
                                          (202)277-6213
                                          Jeffrey@LawOfficeOfJeffreyLight.com

Dated: April 26, 2016                         *Counsel for Petitioner*