UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE ) | |
| APPLICATION OF JASON LEOPOLD ) | |
| TO UNSEAL CERTAIN ) | Case No. 1:13-mc-00712-BAH |
| ELECTRONIC SURVEILLANCE ) | |
| APPLICATIONS AND ORDERS ) | |
| ) | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Pamela S. Satterfield is counsel of record/lead attorney on behalf of the United States in the above-captioned case.

Respectfully submitted,

CHANNING D. PHILLIPS
United States Attorney
D.C. Bar Number 415-793

MARGARET J. CHRISS
Chief, Special Proceedings Division
D.C. Bar Number 452-403

_____/s/_____
PAMELA S. SATTERFIELD
Assistant United States Attorney
Special Proceedings Division
555 4th Street, N.W.
Washington, D.C. 20530
D.C. Bar No. 421-247
Pamela.satterfield@usdoj.gov
202-252-7578

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, this 8th day of August, 2016, I caused a copy of the foregoing Notice of Appearance to be served via ECF on counsel of record, Jeffery L. Light.

__/s/_____
Pamela S. Satterfield
Assistant United States Attorney