**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE APPLICATION OF JASON LEOPOLD TO UNSEAL CERTAIN ELECTRONIC SURVEILLANCE APPLICATIONS AND ORDERS** | **Misc. Action No. 13-mc-00712 (BAH)**<br><br>**UNOPPOSED MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS TO INTERVENE** |

Pursuant to Federal Rule of Civil Procedure 24 and Local Rule of Civil Procedure 7(j), the Reporters Committee for Freedom of the Press ("Reporters Committee" or "RCFP"), by and through its undersigned counsel, hereby moves to intervene in the above-captioned matter to assert the broader interests of the press and the public in obtaining access to court records, including dockets and docket entries, relating to court orders authorizing the use of certain law enforcement tools, and to request additional and/or other appropriate relief.

In accordance with Local Rule of Civil Procedure 7(m), undersigned counsel for the Reporters Committee contacted counsel for Jason Leopold ("Leopold") and the United States of America (the "Government") to request their consent to this Motion. Leopold consents to the Reporters Committee's intervention. The Government does not object to the Reporters Committee's intervention.

In support of this Motion, the Reporters Committee submits the accompanying: (i) Memorandum of Points and Authorities in Support of its Motion to Intervene and Petition to Unseal; (ii) a proposed Application to Unseal and for Other, Appropriate Relief in accordance with Local Rule of Civil Procedure 7(j); (iii) Corporate Disclosure Certification; and (iv) Proposed Order.

Dated: August 17, 2016

Respectfully submitted,

_*s/ Katie Townsend*______________
Katie Townsend
D.C. Bar No. 1026115
Bruce D. Brown
D.C. Bar No. 457317
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1250
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
ktownsend@rcfp.org
bbrown@rcfp.org