UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF JASON LEOPOLD TO UNSEAL CERTAIN ELECTRONIC SURVEILLANCE APPLICATIONS AND ORDERS | Misc. Action No. 13-mc-00712 (BAH)<br><br>[PROPOSED] ORDER GRANTING THE UNOPPOSED MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS TO INTERVENE |

This matter coming before the Court upon the unopposed motion of the Reporters Committee for Freedom of the Press ("Reporters Committee") to intervene in this action pursuant to Federal Rule of Civil Procedure 24 and Local Rule of Civil Procedure 7(j) ("Motion to Intervene"), it is hereby **ORDERED** as follows:

1. The Reporters Committee's Motion to Intervene is **GRANTED**.

2. The Clerk of the Court is hereby directed to file the Application of the Reporters Committee for Freedom of the Press to Unseal and for Other Appropriate Relief.

**SO ORDERED** this _____ day of _____, 2016.

_____
Hon. Beryl A. Howell
Chief Judge of the United States District Court
for the District of Columbia