**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**
SEP 21 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF JASON LEOPOLD TO UNSEAL CERTAIN ELECTRONIC SURVEILLANCE APPLICATIONS AND ORDERS. | Civil Action No. 13-mc-00712 |

**ORDER AND NOTICE TO THE PARTIES**

Upon consideration of the procedures jointly proposed in the parties' Joint Status Report, ECF No. 19, and the discussion at the status conference held on September 16, 2016, after consultation with the Clerk's Office of the United States District Court for the District of Columbia, it is hereby

**ORDERED** that the list of Miscellaneous case numbers for pen register and/or trap and trace applications and orders filed, pursuant to 18 U.S.C. §§ 3122 and 3123(b), in 2012 in this Court by the United States Attorney's Office for the District of Columbia, which list, with some associated docket information, is attached as Attachment A, shall be unsealed to the extent of the docket information provided in this Attachment; and further

**NOTICE** is hereby provided of the filing by the Court of Attachment A, which is a list of Miscellaneous case numbers, with some associated docket information, for pen register and/or trap and trace applications and orders filed, pursuant to 18 U.S.C. §§ 3122 and 3123(b), in 2012 in this Court by the United States Attorney's Office for the District of Columbia. The total number of Miscellaneous cases listed on Attachment A is 235, which includes 130 cases docketed with the event category currently used for docketing such cases, as well as 105 cases

docketed with event categories or other descriptions no longer used to docket such cases.

**SO ORDERED**

Date: September 21, 2016

_____
BERYL A. HOWELL
Chief Judge