UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE ) | |
| APPLICATION OF JASON LEOPOLD ) | |
| TO UNSEAL CERTAIN ) | Case No. 1:13-mc-00712-BAH |
| ELECTRONIC SURVEILLANCE ) | |
| APPLICATIONS AND ORDERS ) | |

**GOVERNMENT'S STATUS REPORT TO THE COURT**

1. The parties appeared before the Court for a status hearing on September 16, 2016. Based upon the procedures set forth in the parties' August 23, 2016, Joint Status Report and discussions at the status hearing, the Court issued an Order and Notice to the Parties on September 21, 2016. Attached to the Court's Order was a list of Miscellaneous Case Numbers, with some associated docket information for the pen register and/or trap and trace applications and orders that the U.S. Attorney's Office for the District of Columbia ("the Office") filed in 2012 pursuant to 18 U.S.C. §§ 3122 and 3123(b). The publicly-filed list contained a total of 235 docketed cases and did not include the target telephone numbers in the captions.

2. Upon receipt of the list, the government had to first determine the target telephone associated with each miscellaneous docket number and the Assistant United States Attorney ("AUSA") assigned to each matter. This process took several days. Next, the undersigned picked a representative sampling consisting of ten matters that were assigned to AUSAs who were still employed in the Office. With respect to the ten matters selected, the assigned AUSAs were contacted, provided the docket number and target telephone number, and asked to determine whether, in their view, the pen register matter could now be unsealed, in part or entirely. As for six of the ten matters, providing the docket number and target phone number was not enough information for the assigned AUSAs to be able to respond to the inquiry, in part, because AUSAs

typically maintain files by defendant name, not by a telephone number or docket number.  As for the other four matters, the assigned AUSAs reported that they were able determine that these matters potentially could be unsealed, but they needed more information to determine whether redactions were appropriate.  In making their determination about whether the matter was suitable for unsealing in whole or in part, the AUSAs first retrieved and reviewed paper and/or electronic files, and, in some instances, consulted with the law enforcement agents and/or their supervisors.

      3.  Upon learning that these four matters potentially could be unsealed in whole or in part, the undersigned filed motions to partially unseal in these matters on October 27, 2016, seeking from the Clerk's Office certified copies of all documents in the Court's file.  By Order dated October 31, 2016, the Court granted the government's motions.  On or about November 4, 2016, the government received certified copies of the documents contained in each of the four docketed cases from the Clerk's Office.

      4.  The undersigned then provided copies of the certified pleadings and orders in each matter to the assigned AUSAs so that they could review the documents and determine whether redactions needed to be made to protect various interests, including (but not limited to) the privacy and security interests of individuals identified in the documents.  The government is still in the process of determining what, if any redactions, must be made in these four matters.  Once the government makes its decision with respect to redactions, the undersigned will file a second motion to unseal in each matter, including with that motion a copy of the contents of each file, with proposed redactions, as well as an un-redacted version.  If and when the Court grants the motions to unseal, the government will provide copies to petitioners of the pleadings and orders contained in each matter.  In addition, the matters will be publicly available through PACER.

5. Once the petitioners have been provided copies of the four matters, the government believes it will be helpful to have a status hearing to discuss those particular matters, as well information obtained by the government with respect to how other jurisdictions, including the Eastern District of Virginia, handle issues of sealing/unsealing and docketing matters of a similar nature.

Respectfully submitted,

CHANNING D. PHILLIPS
United States Attorney
D.C. Bar Number 415-793

MARGARET J. CHRISS
Chief, Special Proceedings Division
D.C. Bar Number 452-403

_____/s/_____
PAMELA S. SATTERFIELD
Assistant United States Attorney
Special Proceedings Division
555 4th Street, N.W.
Washington, D.C. 20530
D.C. Bar No. 421-247
Pamela.satterfield@usdoj.gov
202-252-7578

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, this 18th day of November, 2016, I caused a copy of the foregoing Government's Status Report to the Court to be served via ECF to all counsel of record.

___/s/_____
Pamela S. Satterfield
Assistant United States Attorney