UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF JASON LEOPOLD TO UNSEAL CERTAIN ELECTRONIC SURVEILLANCE APPLICATIONS AND ORDERS. | Misc. Action No. 13-mc-00712<br><br>Chief Judge Beryl A. Howell |

## ORDER

Upon consideration of the parties' Fifth Joint Status Report to the Court ("Fifth Joint Status Report"), ECF No. 30, and the discussion at the status conference held on February 17, 2017, and the entire record herein, after consultation with the Clerk's Office of the United States District Court for the District of Columbia, it is hereby

**ORDERED** that the Clerk's Office shall provide ECF access to attorneys in the United States Attorney's Office for the District of Columbia ("USAO"), as identified by the USAO, in the Miscellaneous cases involving pen register and/or trap and trace applications and orders filed, pursuant to 18 U.S.C. §§ 3122 and 3123(b), from 2011 through 2016 in this Court by the United States Attorney's Office for the District of Columbia, which case numbers are listed in Attachment A to the Court's Order and Notice, dated September 21, 2016, and Attachments A, B, C, D, and E to the Court's Order and Notice, dated February 22, 2017; and it is further

**ORDERED** that, with consent of the United States Attorney's Office ("USAO"), *see* Fifth Joint Status Report ¶ 4, the USAO is directed to file, by April 17, 2017, a motion to partially unseal, for purposes of USAO review: (1) "any matter in which an application for authorization to use a pen register or trap trace device was *denied;*" and (2) "any substantive opinions or orders of the district court concerning any pen register/trap and trace application,"

1

*id.*; and it is further

**ORDERED** that, within ten days of the Court's granting of any aforementioned motion to partially unseal, the USAO shall file on the public docket in this case any responsive documents, with any appropriate redactions to protect material related to ongoing investigations and material protected by Federal Rule of Criminal Procedure 6(e); and it is further

**ORDERED** that the USAO shall, by April 17, 2017, complete the extraction process described in the parties' Fifth Joint Status Report, for ten percent of Miscellaneous cases involving pen register and/or trap and trace applications and orders filed, pursuant to 18 U.S.C. §§ 3122 and 3123(b), in 2012 and listed on Attachment A to the Court's Order and Notice, dated September 21, 2016, using the chart attached to that Status Report as a template, except that the USAO shall not disclose the names of the Assistant United States Attorney who filed a particular pen register and/or trap and trace application; and it is further

**ORDERED** that the parties shall, by April 17, 2017, submit a joint status report addressing (1) the USAO's estimated timeframe for completing the extraction process described in the parties' Fifth Joint Status Report for ten percent of Miscellaneous cases listed in Attachments A, B, C, D, and E to the Court's Order and Notice, dated February 22, 2017; (2) the burdensomeness of this extraction process; and (3) the progress of the parties' discussions regarding any prospective relief.

**SO ORDERED**

Date: February 22, 2017

/s/ Beryl A. Howell
BERYL A. HOWELL
Chief Judge