FILED
APR 12 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF JASON LEOPOLD TO UNSEAL CERTAIN ELECTRONIC SURVEILLANCE APPLICATIONS AND ORDERS. | Misc. Action No. 13-mc-00712<br><br>Chief Judge Beryl A. Howell |

**NOTICE TO THE PARTIES**

Upon consideration of the government's Motion to Partially Unseal So That Redacted Pleadings and Orders May Be Filed on the Public Docket in Misc. No. 12-585, ECF No. 4:

**NOTICE** is hereby provided that redacted copies of the filings in Misc. No. 12-585 are being filed on the docket for the instant case as well as the Court's website.

Date: April 12, 2017

BERYL A. HOWELL
Chief Judge