**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF JASON LEOPOLD TO UNSEAL CERTAIN ELECTRONIC SURVEILLANCE APPLICATIONS AND ORDERS. | Misc. Action No. 13-mc-00712<br><br>Chief Judge Beryl A. Howell |

**ORDER AND NOTICE TO THE PARTIES**

Upon consideration of the parties' Fifth Joint Status Report to the Court, ECF No. 30, the discussion at the status conference held on February 17, 2017, and the entire record herein, after consultation with the Clerk's Office of the United States District Court for the District of Columbia, it is hereby

**ORDERED** that the list of Miscellaneous case numbers for pen register and/or trap and trace applications and orders filed, pursuant to 18 U.S.C. §§ 3122 and 3123(b), in 2008, 2009, and 2010 in this Court by the United States Attorney's Office for the District of Columbia, which lists, with some associated docket information, are attached as Attachments A, B, and C, respectively, shall be unsealed to the extent of the docket information provided in these Attachments; and further

**NOTICE** is hereby provided of the filing by the Court of Attachments A, B, and C, which are lists of Miscellaneous case numbers, with some associated docket information, for pen register and/or trap and trace applications and orders filed, pursuant to 18 U.S.C. §§ 3122 and 3123(b), in 2008, 2009, and 2010 in this Court by the United States Attorney's Office for the District of Columbia. The total number of Miscellaneous cases listed on each Attachment is as follows:

Attachment A (2008): 329 Miscellaneous Cases;

Attachment B (2009): 244 Miscellaneous Cases; and

Attachment C (2010): 231 Miscellaneous Cases.

This Notice supplements the Notices issued on September 21, 2016, and February 22, 2017. In sum, to date, the Court has unsealed to a limited extent and provided Miscellaneous case numbers for pen register and/or trap and trace applications and orders filed, pursuant to 18 U.S.C. §§ 3122 and 3123(b), in this Court by the United States Attorney's Office for the District of Columbia for a total of nine years: 2008 through 2016.

**SO ORDERED**

Date: April 24, 2017

_________________________
BERYL A. HOWELL
Chief Judge