**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

JUL 17 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE MATTER OF THE APPLICATION
OF JASON LEOPOLD TO UNSEAL
CERTAIN ELECTRONIC SURVEILLANCE
APPLICATIONS AND ORDERS.

Misc. Action No. 13-mc-00712

Chief Judge Beryl A. Howell

## NOTICE TO THE PARTIES

Upon consideration of the parties' Seventh Joint Status Report to the Court, ECF No. 41, and the discussion during the July 14, 2017 status conference, notice is hereby given that, in response to the joint request by the petitioners and the United States Attorney's Office for the District of Columbia for the "total number of matters" containing an application for an order pursuant to 18 U.S.C. § 2703(d), the Clerk's Office, at the Court's direction, determined the total number of Miscellaneous matters connected to three event subcategories in CM/ECF, namely (1) Application for Order Pursuant to 18 U.S.C. § 2703(d); (2) Application for an Order Pursuant to 18 U.S.C. § 2703(c)(1)(B) & 2703(d); and (3) Application for Historical Cell Site Information for a Telephone Number, for each of the years 2008 through 2016, as follows:

2008: 80

2009: 55

2010: 136

2011: 90

2012: 64

2013: 160

2014: 334

2015: 581

2016: 1,136

The foregoing total numbers of Miscellaneous matters include Miscellaneous matters that were initiated by both the United States Attorney's Office for the District of Columbia and the United States Department of Justice.  As the parties acknowledged during the July 14, 2017 status conference, these total numbers may not capture all applications and orders sought and issued under § 2703(d).  In addition, these numbers may reflect some double-counting since applications for § 2703(d) orders filed in more than one year in the same Miscellaneous matter will result in the same matter being counted in more than one year.

Date: July 17, 2017

/s/ A. Howell
BERYL A. HOWELL
Chief Judge