UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



**FILED**
JUL 2 1 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE MATTER OF THE APPLICATION
OF JASON LEOPOLD TO UNSEAL
CERTAIN ELECTRONIC SURVEILLANCE
APPLICATIONS AND ORDERS.

Misc. Action No. 13-mc-00712

Chief Judge Beryl A. Howell

## NOTICE TO THE PARTIES

Upon consideration of the parties' Seventh Joint Status Report to the Court ("Seventh JSR"), ECF No. 41, the petitioners' Report Providing Guidance to the Clerk of the Court Regarding the Search for Stored Communications Act Search Warrant Materials ("Report to Clerk of Court"), ECF No. 44, and the discussion during the July 14, 2017 status conference, notice is hereby given that, in response to the joint request by the petitioners and the United States Attorney's Office for the District of Columbia for the "total number of matters" involving "[Stored Communications Act ('SCA')] Search Warrant Materials," the Clerk's Office, at the Court's direction, determined the total number of Magistrate Judge ("MJ") matters for which the case caption contains the term "Information Associated With," for each of the years 2008 through 2016, as follows:[1]

2008: 0

2009: 68

2010: 121

2011: 152

---

[1] Search and seizure warrants, including those filed pursuant to the SCA, 18 U.S.C. §§ 2703(a), (b), are docketed as MJ matters in CM/ECF. Although CM/ECF has an event category for search and seizure warrants, this event category does not differentiate between different types of warrants.

1

2012: 164

2013: 131

2014: 107

2015: 252

2016: 271

The foregoing numbers are subject to the following significant caveats:

- These total numbers include matters that were initiated by both the United States Attorney's Office for the District of Columbia and the United States Department of Justice.

- As the parties acknowledged during the July 14, 2017 status conference and in their Seventh Joint Status Report, these total numbers are likely "under-inclusive, in that [they] [may] not capture all SCA Search Warrant Materials requested by Petitioners," Seventh JSR ¶ 15, since the search is limited to matters in which the case caption contains the phrase "Information Associated With," as requested by the parties, Report to Clerk of Court ¶ 10.[2]

- As noted during the July 14, 2017 status conference, a search for the phrase "Information Associated With" in CM/ECF generates a list of case captions in both MJ and Miscellaneous matters, since a term search in CM/ECF cannot be limited to a particular case type. Accordingly, to refine the search results more precisely to the parties' request, in compiling the foregoing numbers of MJ matters, the Clerk's Office manually subtracted from the list of search results all Miscellaneous matters.

---

[2] The Clerk's Office added an asterisk to the beginning of the search phrase because omitting that asterisk would generate only a list of case captions that begin with the phrase "Information Associated With." The asterisk instructs CM/ECF to pull case captions that contain the phrase anywhere in the case caption.

2

- As noted during the status conference, in some instances, the same case caption may be used for more than one matter, but the CM/ECF search results list a responsive case caption a maximum of one time, regardless of how many matters may use that same caption. Thus, the Clerk's Office manually opened each search result to determine whether more than one matter was filed using the same caption and, thus, that each individual MJ matter containing the phrase "Information Associated With" in the caption is reflected in the foregoing numbers.

Date: July 21, 2017

*signature*
BERYL A. HOWELL
Chief Judge