UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF JASON LEOPOLD TO UNSEAL CERTAIN ELECTRONIC SURVEILLANCE APPLICATIONS AND ORDERS. | Misc. Action No. 13-mc-00712<br><br>Chief Judge Beryl A. Howell |

# ORDER

Upon consideration of petitioner Jason Leopold's Petition to Unseal Records, ECF No. 1, and petitioner Reporters Committee for Freedom of the Press's Application to Unseal and for Other Appropriate Relief, ECF No. 18 (collectively "petitions"), the related legal memoranda in support of and opposition to these petitions, the exhibits and affidavits attached thereto, and the entire record herein, for the reasons set out in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the petitions are GRANTED in part and DENIED in part; and it is further

**ORDERED** that the Clerk's Office shall, on a prospective basis, periodically publish certain docket information regarding applications filed by the U.S. Attorney's Office for the District of Columbia ("USAO") for orders authorizing installation of Pen Register/Trap and Trace devices, orders pursuant to 18 U.S.C. § 2703(d), and warrants pursuant to 18 U.S.C. § 2703(a)-(b), to the extent such applications are filed by the USAO electronically, as authorized by the Memorandum of Understanding ("MOU") between the USAO and Clerk of Court, dated September 14, 2017, and updates thereto, and LCrR 49(e)(4); and it is further

**ORDERED** that such publication shall disclose, consistent with the relief requested by the petitioners, the total number of USAO-electronically filed applications, the captions for such

applications, the case numbers assigned to such applications, the dates such applications were filed, and the assigned Magistrate Judge; and it is further

**ORDERED** that the petitions are DENIED in all other respects.

**SO ORDERED.**

*This is a final and appealable order*.

Date: February 26, 2018

_____
BERYL A. HOWELL
Chief Judge