# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF JASON LEOPOLD TO UNSEAL CERTAIN ELECTRONIC SURVEILLANCE APPLICATIONS AND ORDERS | Misc. Action No. 13-mc-00712 (BAH) |

## PETITIONERS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE ITS REPLY TO THE UNITED STATES' REPONSE TO PETITIONERS' MOTION FOR RECONSIDERATION

Petitioners Jason Leopold and the Reporters Committee for Freedom of the Press (collectively, "Petitioners"), through their undersigned counsel, hereby move this Honorable Court for an enlargement of time of seven days until June 1, 2018, in which to file the reply to the United States' response to Petitioners' motion for reconsideration. Petitioners' reply is currently due to the Court on May 25, 2018. In support of the motion, Petitioners aver:

1. By the above-named action, Petitioners filed petitions to unseal certain electronic surveillance applications, orders, and related court documents filed in this District. *See* Pet. Unseal Records, ECF No. 1; Appl. to Unseal and for Other Appropriate Relief, ECF No. 18. Specifically, Petitioners sought certain relief as to three general categories of judicial records that are routinely filed and maintained under seal indefinitely in this District: (1) records related to search warrants issued pursuant to the Stored Communications Act ("SCA"), 18 U.S.C. §§ 2701-12 ("SCA Search Warrant materials"); (2) records related to court orders issued pursuant to 18 U.S.C. § 2703(d) of the SCA ("Section 2703(d) materials"); and (3) records related to judicial authorization to use pen register and/or trap and trace ("PR/TT") devices pursuant to the Pen

Register Act ("PRA"), 18 U.S.C. §§ 3121-3127 ("PR/TT materials"). *See* Pet'rs' Suppl. Mem. Supp. Pet., ECF No. 47; Proposed Order, ECF No. 47-8.

2. On February 26, 2018, the Court issued an Opinion and Order granting in part and denying in part the petitions. *See* Opinion and Order, ECF No. 54.

3. On March 23, 2018, Petitioners filed a timely motion for reconsideration pursuant to Federal Rule of Civil Procedure 59(e), which requires that a motion to alter or amend the judgment be filed within 28 days of the Court's decision. *See* Petitioners' Motion for Reconsideration, ECF No. 55.

4. Local Rule of Civil Procedure 7(b) requires an opposing party to file a memorandum of points and authorities in opposition to the motion within 14 days of service, or such other time as the Court may direct. Accordingly, the United States' response was due by April 6, 2018. On March 30, 2018, the United States filed a motion for enlargement of time in which to file its response to Petitioners' motion for reconsideration, requesting an extension to May 18, 2018. *See* United States' Motion, ECF No. 56. The Court granted that motion on April 3, 2018, via minute order. *See* Minute Order (Apr. 3, 2018).

5. Local Rule of Civil Procedure 7(d) requires a moving party to file a reply memorandum within seven days after service of the memorandum in opposition. Given the recent extension of time for the United States' response, the new deadline for Petitioners' reply is May 25, 2018, which creates a conflict for Petitioners. Petitioners request a total of fourteen days in which the file the reply memorandum, with a new deadline of June 1, 2018. The United States does not object to the Court granting this enlargement of time.

**WHEREFORE**, Petitioners respectfully request that Petitioners be allowed to file a reply on or before June 1, 2018.

Respectfully submitted,

*/s/ Katie Townsend*
Katie Townsend
D.C. Bar No. 1026115
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1250
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
ktownsend@rcfp.org

*Counsel for the Reporters Committee for Freedom of the Press*

Jeffrey Light
D.C. Bar No. 485360
1712 Eye St. NW, Suite 915
Washington, DC 20006
jeffrey@lawofficeofjeffreylight.com

*Counsel for Jason Leopold*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion for enlargement of time and proposed order were filed with the Clerk of Court using the CM/ECF system, and courtesy copies served on counsel for the following via email:

**Leslie Ann Gerardo**
United States Attorney's Office
Special Proceedings Division
555 Fourth Street, N.W.
Washington, DC 20530
(202)252-7578
Email: Leslie.Gerardo@usdoj.gov

**Pamela Stever Satterfield**
United States Attorney's Office for the
District of Columbia
Special Proceedings Division
555 4th Street, NW
Washington, DC 20530
(202) 252-7578
Email: pamela.satterfield@usdoj.gov

**Margaret J. Chriss**
United States Attorney's Office
Special Proceedings Section
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7555
Fax: (202) 514-8784
Email: margaret.chriss@usdoj.gov

This the 12th day of April, 2018.

　　　　　　　　　　　　　　　　　　　　*/s Katie Townsend*
　　　　　　　　　　　　　　　　　　　　Katie Townsend