# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF JASON LEOPOLD TO UNSEAL CERTAIN ELECTRONIC SURVEILLANCE APPLICATIONS AND ORDERS. | Misc. Action No. 13-mc-00712<br><br>Chief Judge Beryl A. Howell |

## ORDER

Upon consideration of petitioners Jason Leopold and Reporters Committee for Freedom of the Press's Motion for Reconsideration, ECF No. 55, the related legal memoranda in support of and opposition to this motion, and the entire record herein, for the reasons set out in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the petitioners' motion is DENIED.

**SO ORDERED.**

*This is a final and appealable order*.

Date: August 16, 2018

 

_____
BERYL A. HOWELL
Chief Judge