# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE APPLICATION OF JASON LEOPOLD TO UNSEAL CERTAIN ELECTRONIC SURVEILLANCE APPLICATIONS AND ORDERS** | Misc. Action No. 13-mc-00712 (BAH) |

## NOTICE OF APPEAL

Notice is hereby given that the Reporters Committee for Freedom of the Press and Jason Leopold, petitioners in the above-named case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from (1) this Court's order of February 26, 2018 granting in part and denying in part Jason Leopold's Petition to Unseal Records and Reporters Committee for Freedom of the Press's Application to Unseal and for Other Appropriate Relief (Dkt. #53), and (2) this Court's order of August 16, 2018 denying Petitioners' motion for reconsideration (Dkt. #61).  This notice of appeal is timely pursuant to D.C. Circuit Rule 4(a)(4)(A)(iv) (where a motion "to alter or amend the judgment under Rule 59" is timely filed, "the time to file an appeal runs for all parties from the entry of the order disposing of the last such remaining motion.").

Dated:  September 7, 2018

Respectfully submitted,

*/s/ Katie Townsend*
Katie Townsend
D.C. Bar No. 1026115
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1250
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
ktownsend@rcfp.org

2

*Counsel for the Reporters Committee for Freedom of the Press*

*/s/ Jeffrey Light*
Jeffrey Light
D.C. Bar No. 485360
1712 Eye St. NW, Suite 915
Washington, DC 20006
jeffrey@lawofficeofjeffreylight.com

*Counsel for Jason Leopold*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2018, an electronic copy of the foregoing Notice of Appeal was filed with the Clerk of Court for the United States District Court for the District of Columbia using the Court's CM/ECF system and was served electronically upon all parties in the case. I certify that all participants in the case are CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Katie Townsend*
Katie Townsend