UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF JASON LEOPOLD TO UNSEAL CERTAIN ELECTRONIC SURVEILLANCE APPLICATIONS AND ORDERS | 1:13-mc-00712-BAH |

**[PETITIONERS' PROPOSED] ORDER**

This matter comes before the Court upon the Joint Status Report of the United States, by and through its attorney, the United States Attorney for the District of Columbia (the "Government"), and Petitioners Jason Leopold and the Reporters Committee for Freedom of the Press (the "Reporters Committee") (collectively "Petitioners"). Upon consideration of the Joint Status Report and the entirety of the record before the Court in this matter, it is hereby **ORDERED** as follows:

(1) Within sixty (60) days of the date of this Order, the Government shall review, redact, and move to unseal all SCA and PRA materials subject to the D.C. Circuit's mandate in *In re Leopold to Unseal Certain Electronic Surveillance Applications and Orders*, 964 F.3d 1121 (D.C. Cir. 2020) ("*Leopold*")—in accordance with that mandate and this Court's February 9, 2021 Memorandum Opinion and Order—that were filed in this District from November 1, 2020 to the date of this Order;

(2) The Government shall file a status report with the Court every thirty (30) days—rather than every sixty (60) days, as currently required—that includes a list of all of the sealed matters for which the Government has completed review and redactions and filed a motion to unseal since its last status report, with a proposed order that identifies by

docket entry the unredacted documents the Government asserts must remain under seal and the redacted versions of those documents;

(3) The Government, in its next status report to the Court, shall propose a schedule to the Court for the unsealing of all remaining SCA and PRA materials subject to the *Leopold* mandate; and

(4) The Government, as of thirty (30) days of the date of this Order, shall file all sealed PRA and SCA applications subject to the *Leopold* mandate with a redacted, public version, in accordance with the Government's representations in its April 12, 2021 status report to the Court, *see* ECF No. 72.

**SO ORDERED** this _____ day of _____, 2021.

_____
Hon. Beryl A. Howell
Chief Judge of the United States District
Court for the District of Columbia